# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JONES<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LARKIN BUSINESS MANAGEMENT LLC and SEAN LARKIN<br><br>　　　　Defendants. | Case No. 2:18-cv-07936-JAK-SSx<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 60)**<br><br>**JS-6** |

　　The Parties' Stipulation of Dismissal With Prejudice (Dkt. 60) is **APPROVED** for good cause shown. It is hereby ordered that all claims and defenses in this action shall be dismissed with prejudice with each party to bear its own fees and costs.

　　**IT IS SO ORDERED.**

DATED: July 24, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE